1  PHILLIP A. TALBERT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 IN THE MATTER OF THE SEARCH OF:          CASE NO.  5:17-sw-00081-JLT
   THE UNDEVELOPED AREA OF SEQUOIA
12 NATIONAL FOREST, TULARE COUNTY,          ORDER FOR DESTRUCTION OF
   WITH THE APPROXIMATE GPS                 BULK MARIJUANA SEIZURE
13 COORDINATES OF N 35 55.570 W 118
   26.713 AND ANY SATELLITE SITES.
14
15
16        The United States of America hereby applies to this Court for an order permitting its agents

17 to destroy any bulk marijuana seized in connection with the execution of a search warrant in this

18 matter pursuant to duly authorized search warrants, and good cause appearing therefor,

19        IT IS HEREBY ORDERED that the USFS and other investigative agencies involved in the

20 investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case

21 after they are counted and, if possible, weighed, after the entire cultivation site is photographed

22 and/or videotaped, and after a representative sample consisting of no more than three kilograms and

23 a sample aggregate portion of the whole amount is retained for chemical testing.

24 Dated: August __8__ , 2017
                                           HON. JENNIFER L. THURSTON
25                                         U.S. Magistrate Judge
26
27
28
                                           1
   Order for Destruction